_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**November 07, 2013**

---

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 30
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) CASE NO.: 10-12101-MKN |
| | ) |
| Lynn A. Moody, | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date: October 30, 2013 |
| | ) Hearing Time: 9:30 a.m. |

**ORDER DENYING MOTION FOR RELIEF FROM**
**STAY RE: DEBTOR AND BANKRUPTCY ESTATE**

Upon consideration of the Motion (the "**Motion**") dated September 20, 2012 of Chase Home Finance, LLC for an order terminating the automatic stay with respect to Lynn A. Moody's (the "**Debtor**") property located at 11222 Prado Del Rey, Las Vegas, Nevada 89141 (the "**Property**"), and due and sufficient notice thereof having been given, and no other or further notice being necessary; and upon the record of the hearings on the Motion, including the

1

October 30, 2013 hearing on the Motion; and, after due deliberation, it is hereby

**ORDERED** that the Motion is denied without prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Submitted By:

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 30
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

  X   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND: Charles L. Kennon, Esq.

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

Submitted By:

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 30
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtor

# # #